DAYLE ELIESON
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: troy.flake@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GHASSAN HOUBOUS BOUARI<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et.al.*,<br><br>Defendants. | Case No: 2:18-cv-00219-JCM-PAL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule IA 6-1, the United States of America ("United States") moves for an order providing a 30 day extension of time to file an answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

Based on the date of service of the summons and complaint on the United States, the answer or other response is due by **July 3, 2018**. With the extension, the deadline to answer or otherwise respond would be **August 2, 2018**.

In support of the request, the United States would use the additional time to fully evaluate the allegations in the complaint, determine its relationship to the individually named defendants, and determine whether early resolution is possible. The undersigned counsel has discussed this extension with Plaintiff's counsel and has been informed that he does not oppose the request.

1

This extension is not sought for purposes of delay or any other improper purposes. It is the first request by the United States for an extension of time to file a response.

Dated this 3rd day of July 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

 /s/  Troy K. Flake
TROY K. FLAKE
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 6, 2018

**PROOF OF SERVICE**

I, Troy K. Flake, certify that the foregoing UNOPPOSED MOTION FOR AN EXTENSION OF TIME was served on all parties on this date via the Court's Electronic Case Filing system.

Dated this 3rd day of July 2018.

      /s/ Troy K. Flake
TROY K. FLAKE
Assistant United States Attorney