DAYLE ELIESON
United States Attorney
District of Nevada

Troy K. Flake
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: troy.flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GHASSAN HOUBOUS BOUARI, | Case No. 2:18-cv-00219-JCM-PAL |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER** |
| UNITED STATES OF AMERICA, *et. al.*, | **(Second Request)** |
| Defendants. | |

Pursuant to Local Rule 6-1, the parties hereby request a 60-day extension of time for Defendants United States of America and Dennis Lao to file an answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Based on the date of service of the summons and complaint on the United States, the United States' answer or other response was due by July 3, 2018. On July 6, 2018, the Court granted an unopposed motion to extend the United States' answer to **August 2, 2018**. ECF #5.

The parties respectfully request an additional 60 days to October 1, 2018, for the United States and Dennis Lao to answer the complaint. Lao, a former federal employee, is seeking representation from the Department of Justice in this matter, a process that takes several weeks. Further, the United States is still working to ascertain the facts necessary to answer the Complaint. This stipulation is not sought for purposes of delay or any other improper purposes. It is the second stipulation for an extension of time to file a response.

1

**WHEREFORE**, the Parties respectfully request that this stipulation be granted and that the answer or other response be made due by **October 1, 2018**.

Respectfully submitted this 27th day of July 2018.

| | |
|---|---|
| DURHAM LAW FIRM | DAYLE ELIESON<br>United States Attorney |
| */s/ Benjamin C. Durham*<br>BENJAMIN C. DURHAM, ESQ<br>601 S. 10th Street<br>Las Vegas, NV 89101 | */s/ Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 2, 2018