Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, Nevada 89106
(702) 631-6111
bdurham@vegasdefense.com

*Attorney for Plaintiff*
*Ghassan Houbous Bouari*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GHASSAN HOUBOUS BOUARI,          ) <br> ) <br> Plaintiff,          ) <br> v.          ) <br> ) <br> UNITED STATES OF AMERICA, *et. al.*,          ) <br> ) <br> Defendants.          ) <br> ) | Case No. 2:18-cv-00219-JCM-BNW <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE DEADLINES** <br> **(Third Request)** |

Pursuant to Local Rule IA 6-1, the parties hereby stipulate to an extension of time for the Plaintiff to file responses to the Defendants' Motions to Dismiss filed on October 2, 2020 (ECF 12; ECF 13). The parties also stipulate to extend the Defendants' deadline to reply after Plaintiff files his responses. This is the third request filed herein.

The parties respectfully request that the Plaintiff's responses, currently due by November 30, 2020, be extended until **December 15, 2020**. The parties further request that the Defendants' deadline to reply be extended until **January 15, 2021**. This stipulation is not sought for purposes of delay or other improper purpose but to allow for adequate time to effectively and thoroughly research and prepare the motions, taking into account the exercise of due diligence.

///

///

1

DATED this 30th day of November, 2020.

| | |
|---|---|
| BENJAMIN DURHAM LAW FIRM | U.S. DEPARTMENT OF JUSTICE |
| /s/ Benjamin C. Durham | /s/ Siegmund F. Fuchs |
| Benjamin Durham | SIEGMUND F. FUCHS |
| *Attorneys for Plaintiff* | Senior Trial Attorney, Civil Division |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** December 7, 2020