1  Benjamin C. Durham
   Nevada Bar No. 7684
2  BENJAMIN DURHAM LAW FIRM
3  601 S. Rancho Dr. Ste B-14
   Las Vegas, Nevada 89106
4  (702) 631-6111
   bdurham@vegasdefense.com
5  *Attorneys for Plaintiff*

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GHASSAN HOUBOUS BOUARI, | Case No. 2:18-cv-00219-JCM-PAL |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND** |
| UNITED STATES OF AMERICA, *et. al.*, | **BRIEFING SCHEDULE DEADLINES** |
| Defendants. | **(Fourth Request)** |

Pursuant to Local Rule IA 6-1, the parties hereby stipulate to an extension of time for the Plaintiff to file responses to the Defendants' Motions to Dismiss filed on October 2, 2020 (ECF 12-13). The parties also stipulate to extend the Defendants' deadline to reply after Plaintiff files his responses. This is the fourth request to file herein.

The parties are seeking through consultation to limit the issues to those which will require the Court's decision by discussion and voluntary resolution. This request for an additional extension of one week is for the purpose of allowing the parties to continue to meet and confer and for Plaintiff to complete proposed amended complaints that will result in dismissal of certain causes of action, address concerns raised in the 12(b)(6) motions and narrow any disputes.

Accordingly, the parties respectfully request that Plaintiff's responses, currently due by December 15, 2020, be extended until **December 22, 2020**. The parties further request that the Defendants' deadline to reply be extended until **January 22, 2021**  This stipulation is not sought for purposes of delay or any other improper purpose.

DATED this 14th day of December 2020.

1

| | |
|---|---|
| BENJAMIN DURHAM LAW FIRM | U.S. DEPARTMENT OF JUSTICE |
| /s/ Benjamin C. Durham | /s/ Siegmund F. Fuchs |
| Benjamin Durham | Siegmund F. Fuchs |
| *Attorney for Plaintiff* | Senior Trial Attorney, Civil Division |
| | *Attorney for Defendants* |

**IT IS SO ORDERED:**

[signature]

**UNITED STATES DISTRICT JUDGE**

**DATED:** December 14, 2020