EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
GRACE JUN: SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684
601 S 10th St.
Las Vegas, Nevada 89101
TEL: (702) 631-6111

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GHASSAN HOUBOUS BOUARI,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES RO; DENNIS LAO; DOE INDIVIDUALS 1-20,<br><br>Defendants. | CASE NO. 18-CV-00219-JCM-PAL<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Ghassan Housbous, through his attorneys, Benjamin C. Durham and Eugene Iredale, moves for leave to file the first amended complaint. The first amended complaint is in response to the government's 12(b)(6) motion to dismiss the *Bivens* causes of action. The Plaintiff has elected not to proceed on two of the original four *Bivens* causes of action originally alleged: the *Bivens* claims for Equal Protection and Due Process Violation (originally denominated Count II) and for Unlawful Search and Seizure of Property and Belongings (originally denominated Count III). The *Bivens* claims for Malicious Prosection and Fabrication of Evidence (originally Count I) and Unlawful Seizure of the Person (originally Count IV) have been converted to a single cause of action which specifies the Constitutional harm (seizure and detention without probable cause) accomplished through the means of fabrication of evidence and malicious prosecution. Counsel for the defendants, Siegmund Fuchs, has been consulted and has no opposition to this motion.

Plaintiff files this amended complaint in lieu of an opposition to the 12(b)(6) motion.

Respectfully Submitted,

**IREDALE AND YOO, APC**

Dated: December 23, 2020    s/ *Eugene Iredale*

EUGENE IREDALE
Attorney for Plaintiff
Ghassan Houbous Bouari

ORDER

IT IS ORDERED that plaintiff's motion is GRANTED as unopposed. LR 7-2(d). The Clerk of Court is kindly directed to detach and separately docket plaintiff's complaint (ECF No. 29-1).

**IT IS SO ORDERED**

**DATED:** 12:16 pm, December 29, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 1