EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
GRACE JUN: SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684
601 S 10th St.
Las Vegas, Nevada 89101
TEL: (702) 631-6111

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GHASSAN HOUBOUS BOUARI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLES RO; DENNIS LAO;<br>DOE INDIVIDUALS 1-20,<br><br>　　　　Defendants. | CASE NO. 18-CV-00219-JCM-BNW<br><br>**STIPULATION TO DISMISS FTCA CAUSES OF ACTION V, VI, VII, VIII AND IX**<br>**(F.R.Civ.Pro. 41(a)(1)(A)(2))** |

1  Plaintiff Ghassan Housbous, through his attorneys Benjamin C. Durham and
2  Eugene Iredale, and defendant United States, through its counsel Siegmund Fuchs,
3  stipulate pursuant to Rule 41(a)(1)(A)(ii) to dismiss without prejudice the Federal
4  Tort Claims Act causes of action currently denominated as Counts V, VI, VII, VIII
5  and IX in the complaint.
6  It is so stipulated.

**IREDALE AND YOO, APC**

Dated: December 23, 2020         s/ *Eugene Iredale*

EUGENE IREDALE
Attorney for Plaintiff
Ghassan Houbous Bouari

Dated: December 23, 2020         /s/ *Siegmund F. Fuchs*

SIEGMUND F. FUCHS
Senior Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Attorney for Defendant United States
(per his authorization)

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 9, 2021
_____

- 1 -

## Proof of Service

I, Eugene Iredale, certify that the following individuals were served with a copy of the STIPULATION TO DISMISS FTCA CAUSES OF ACTION V, VI, VII, VIII and IX on the date and by the method of service below:

Electronic Case Filing:

| | |
|---|---|
| Siegmund Fuchs<br>United States Department of Justice<br>P.O. Box 7146<br>Ben Franklin Station<br>Washington, DC 20044-7146<br>202-616-4322<br>Fax: 202-616-4314<br>Email: siegmund.f.fuchs@usdoj.gov | Benjamin C Durham<br>Benjamin Durham Law Firm<br>601 S Rancho Dr Ste B-14<br>Las Vegas, NV 89106<br>702-631-6111<br>Fax: 702-960-4084<br>Email: bdurham@vegasdefense.com |
| Troy K. Flake<br>United States Attorney<br>501 Las Vegas Blvd So., Ste. 1100<br>Las Vegas, NV 89101-<br>702-388-6336<br>Fax: 702-388-6787<br>Email: troy.flake@usdoj.gov | |

Date this 4th day of January 2021.

                                         */s/ Eugene Iredale*
                                         EUGENE IREDALE
                                         Attorney for Plaintiff
                                         Ghassan Housbous Bouari