Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, Nevada 89106
(702) 631-6111
bdurham@vegasdefense.com

*Attorney for Plaintiff*
*Ghassan Houbous Bouari*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GHASSAN HOUBOUS BOUARI,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES RO, DENNIS LAO, *et. al.*,<br><br>Defendants. | Case No. 2:18-cv-00219-JCM-BNW<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE DEADLINES**<br>**(First Request)** |

Pursuant to Local Rule IA 6-1, the parties hereby stipulate to an extension of time for the Plaintiff to file a response to the Defendants' Motion to Dismiss filed on February 19, 2021 (ECF 40). The parties also stipulate to extend the Defendants' deadline to reply after Plaintiff files his response. This is the first request filed herein.

The parties respectfully request that the Plaintiff's response, currently due by March 5, 2021, be extended until **March 26, 2021**. The parties further request that the Defendants' deadline to reply be extended until **April 9, 2021**. This stipulation is not sought for purposes of delay but to allow for adequate time to effectively research and prepare the motions.

///

///

///

1

DATED this 2nd day of March, 2021.

| BENJAMIN DURHAM LAW FIRM | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| /s/ Benjamin C. Durham | /s/ Siegmund F. Fuchs |
| Benjamin Durham | SIEGMUND F. FUCHS |
| *Attorneys for Plaintiff* | Senior Trial Attorney, Civil Division |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 3, 2021

2